ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :      ORDER

   - v -                           :      07 Cr. 342

SAMUEL BARROLLE,                   :

             Defendant.          :

- - - - - - - - - - - - - - - - - - - - x

HONORABLE HENRY PITMAN, United States Magistrate Judge:

      The Court, having been advised that the above-referenced defendant has been arrested on a warrant issued by this Court, hereby orders that Indictment 07 Cr. 342 may be unsealed.


Dated: May 15, 2007

                                         _____
                                         HENRY PITMAN
                                         UNITED STATES MAGISTRATE JUDGE

