ORIGINAL

CR 12 (Rev. 5/03)

# WARRANT FOR ARREST

| United States District Court | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK | | |
|---|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>SAMUEL BARROLLE | DOCKET NO.<br>07 CRIM. | | MAGISTRATE'S CASE NO.<br>342 |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Samuel Barrolle | | |
| WARRANT ISSUED ON THE BASIS OF:  ☐ Order of Court<br>X Indictment   ☐ Information   ☐ Complaint | DISTRICT OF ARREST | | |
| TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER | CITY | | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Defendant conspired with others to defraud and to commit offense against the United States, in violation of 18 U.S.C. § 371; defendant assisted in the preparation of false and fraudulent tax returns, in violation of 26 U.S.C. § 7206(2).

MAY 15 2007

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18<br>26 | SECTION<br>371<br>7206(2) |
|---|---|---|

| | BAIL | OTHER CONDITIONS OF RELEASE | |
|---|---|---|---|
| ORDERED BY | | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE)<br>Ronald Ellis | DATE ORDERED<br>4-25-07 |
| CLERK OF COURT | | (BY) DEPUTY CLERK | DATE ISSUED |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>4/25/07 | NAME AND TITLE OF ARRESTING OFFICER<br>Robin Vener, Special Agent | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED<br>5/15/07 | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.