# Federal Defenders
## OF NEW YORK, INC.

Leonard F. Joy
Executive Director

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District of New York
John J. Byrnes
Attorney-in-Charge

[Stamp: NOV 07 2007 CHAMBERS OF WILLIAM H. PAULEY]

November 7, 2006

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 11-13-07]

<u>VIA FACSIMILE</u>
William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  <u>United States v. Samuel Barrolle</u>
     07 Cr. 342 (WHP)

Dear Judge Pauley:

    I write on behalf of my client, Samuel Barrolle, to respectfully request an adjournment of his sentencing, which is scheduled for November 30, 2007, in order to allow the defense adequate time to research various sentencing issues and prepare a sentencing submission. I have spoken to Special Assistant U.S. Attorney John N. Kane, who has no objection to an adjournment. Mr. Kane will be in trial in Buffalo, New York, during much of January and early February. Accordingly, if it is convenient to the Court, the parties respectfully request a date in the third or fourth week of February. Mr. Barrolle is out on bail and has been in perfect compliance with the conditions of his release.

    Thank you for your consideration of this request.

Respectfully Submitted,

Deirdre D. von Dornum
Assistant Federal Defender
(212) 417-8767

cc:  John N. Kane
     Special Assistant U.S. Attorney
     (Via Fax: (202) 616-1786)

*Application Granted. Sentencing Adjourned to 2-29-08 at 2:30 p.m.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.

TOTAL P.002