# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

February 19, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08

VIA FACSIMILE: 805-6390
William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re: **United States v. Samuel Barrolle**
07 Cr. 342 (WHP)

Dear Judge Pauley:

I write on behalf of my client, Samuel Barrolle, to respectfully request a brief adjournment of his sentencing. Last week, I submitted to Probation Mr. Barrolle's financial affidavit and various objections to the initial draft of the Pre-Sentence Report. Today, the Probation Department issued the final Pre-Sentence Report without incorporating my objections or Mr. Barrolle's affidavit because of my belated submission of these. Because I believe it would be preferable to hold the sentencing (which will include a restitution issue) with a Pre-Sentence Report that fully incorporates this information, I ask for a two-week adjournment to allow Probation to issue a revised report, and the Government and I to make any sentencing submissions. I have spoken to Special Assistant U.S. Attorney John N. Kane, who has no objection to an adjournment. Mr. Barrolle is out on bail and has been in perfect compliance with the conditions of his release. Both Assistant U.S. Attorney Kane and I are available at any time on March 17th or 18th, should those dates be convenient to the Court.

*APPLICATION GRANTED. SENTENCING ADJOURNED TO MAY 23, 2008 AT 2:30 PM*

Thank you for your consideration of this request.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
02/22/08

Respectfully Submitted,

Deirdre D. von Dornum
Assistant Federal Defender
(212) 417-8767

cc: Special Assistant U.S. Attorney John N. Kane
(Via Fax: (202) 616-1786)
U.S. Probation Officer Katrina Minus-Shepherd (via fax)