# Federal Defenders
## OF NEW YORK, INC.

Leonard F. Joy
*Executive Director*

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

July 18, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-23-08

VIA FACSIMILE: 805-6390
William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  **United States v. Samuel Barrolle**
     **07 Cr. 342 (WHP)**

Dear Judge Pauley:           MEMO ENDORSED

I write on behalf of my client, Samuel Barrolle, with respect to his sentencing, which is scheduled for August 8, 2008, to ask that the Court order the Probation Office to issue a revised Pre-Sentence Report ("PSR") that includes Mr. Barrolle's financial information as well as the defense's corrections to the draft PSR. On February 15, 2008, I submitted to the Probation Officer Mr. Barrolle's financial affidavit and several factual corrections to the draft PSR. On February 19, 2008, the Probation Office issued a final PSR that did not include either the financial information or the factual corrections. Mr. Barrolle's sentencing subsequently was adjourned by the Court for several months to allow it to be held together with the sentencing of co-conspirator Joseph Ighodaro. Because restitution is one of the issues under consideration at the sentencings of Mr. Barrolle and Mr. Ighodaro, Mr. Barrolle's financial information appears to be relevant, and is likely to be useful to the Court. I learned today that Probation will not issue a revised PSR that includes the financial information and the factual corrections absent a court order. Accordingly, I respectfully request that you so order.

Thank you for your consideration of this request.

Respectfully Submitted,

Deirdre D. von Dornum
Assistant Federal Defender
(718) 330-1208

cc: Special Assistant U.S. Attorney John N. Kane
    (Via Fax: (202) 616-1786)
    U.S. Probation Officer Katrina Minus-Shepherd (via fax)

APPLICATION GRANTED
SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
7-22-08

TOTAL P.002