Samuel Barrolle
24 Codwalader Terr.
Trenton, N.J. 08618

Dear Judge Pauley:

I am very sorry for my actions. It was a very stressful time in my life with the situation with my brother's health. I didn't know how to handle it. I needed to maintain our apartment and bills because he couldn't. If I had the opportunity to do it again I would never, not for my life. I know now that I am only human and I made a mistake. I ask for you forgaveness. I am very sorry.

Thank you