To Whom it may Concern!

I Sandra Barrolle am writing this letter on behalf of my brother Samuel Barrolle. Samuel has always been a family man. He is the only male figure our family has and the only male figure in all his nieces, nephews, and cousins life. In 1997 our younger brother Marcus Barrolle Sr. got ill and Samuel became the primary caregiver and also had to take over the financial burden for the family. Samuel was the sole provider for the family from 1997-2003 when the rest of the family was able to help him out. While working Samuel was able to take Marcus all around to see any specialist that he heard about to help him. Samuel has always kept the family together. When Marcus passed away on 3-2-0 Samuel was by Marcus side and promised to take care of Marcus two sons Marcus & Raymond. Samuel has know become a driver of our mother know that she has been diagnosed with pressure & diabetic. He make sure that all her appointments he takes her. He is a very loving, caring, and honest brother, father, uncle, son, & cousin.

Thanks
Sandra Barrolle
609-954-5598