**Bay Ridge**
**VOLVO**  **HONDA**

Regina L. McKenzie
Customer Relations Manager

Phone: (718) 680-0202
Fax: (718) 745-6673
www.bayridgecars.com

419 90th Street
Brooklyn, NY 11209

February 15, 2008

To Whom It May Concern:

I have known and worked with Samuel Barrolle for two years.

During that time I have always found him to be a reliable, hardworking and motivated person. He is dependable and honest and will go out of his way to be helpful.

He would be an asset to any company.

Sincerely,

Regina L. McKenzie