

**HONDA**
8801 4th Avenue
Brooklyn, NY 11209
718-836-4600
hondasales@bayridgecars.com



*Bay Ridge*

8801 4th Avenue • Brooklyn, NY 11209
www.bayridgecars.com

**VOLVO**
8910 4th Avenue
Brooklyn, NY 11209
718-833-7070
volvosales@bayridgecars.com

February 5, 2008

To Whom It May Concern:

Please be advised that Samuel Barrolle, an employee of Parking Systems, has been working at Bay Ridge Honda / Volvo Service Department for approximately 3 years.

During his time here he has been an exemplary employee. He is prompt, polite and hardworking. He would be an asset to any company.

Sincerely,


Richard Reid
Service Manager
Bay Ridge Honda / Volvo

Divisions of Bay Ridge Volvo-American Inc.