# ICON CONSTRUCTION INC
# 101 WAYNE AVENUE
# TRENTON NEW JERSEY
# Phone: (609)672-4114
# Fax: (609)421-0030
# Email: oparaiheanyi@yahoo.com

February 19, 2008

**TO WHOM IT MAY CONCERN**

It is a pleasure to write a letter of recommendation for Samuel Barrolle. Samuel has been my friend since April of 1999 to present. Mr. Samuel Barrolle is an indefatigable worker, a family man, a care-giver (charitable), people oriented and God fearing young man. For all the years I have known him to present, I am impressed with his ability, kindness, judgment and initiative in fulfilling his responsibilities. He is honest and reliable good man.

Sincerely,

Iheanyi Opara